UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| JOANNE BARROWS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3:23-CV-654-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF RECUSAL** |
| HUMANA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Upon review of this matter, pursuant to 28 U.S.C. § 455, the Court must conclude that recusal is required. For this reason,

**IT IS HEREBY ORDERED** that Judge Claria Horn Boom **RECUSES** from this matter, and the action is hereby **REASSIGNED** to the docket of the Honorable Rebecca Grady Jennings, United States District Judge, for all further proceedings. Counsel are requested to change the civil action number to reflect the initials "RGJ" on all further pleadings.

This the 14th day of December 2023.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record
    Judge Jennings's Case Manager