## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

***ELECTRONICALLY FILED***

| | |
|---|---|
| JOANNE BARROWS and SUSAN HAGOOD, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HUMANA INC., <br><br> Defendant. | Case No. 3:23-cv-00654-RGJ |

## ORDER PERMANENTLY SEALING

Having considered the Motion to Seal filed by Defendant Humana Inc., and all responses thereto, and being otherwise sufficiently advised, the Court hereby ORDERS that Humana's motion is GRANTED. The redacted portions of Exhibits 1 and 2 to the Feder Declaration, as well as the unredacted versions of those exhibits, are hereby permanently sealed because they contain Protected Health Information ("PHI") that is subject to sealing under the standards set forth in *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299 (6th Cir. 2016). *See, e.g.*, *Select Rehab., LLC v. EmpowerMe Rehab. Ky. LLC*, 2022 WL 7579043, at *2 (W.D. Ky. Oct. 13, 2022); *Fausz v. NPAS, Inc.*, 2017 WL 956597, at *3 (W.D. Ky. Mar. 10, 2017).

SO ORDERED this March 21, 2024 day of _____ 2024.

Rebecca Grady Jennings, District Judge
United States District Court