## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JOANNE BARROWS and SUSAN HAGOOD, individually and on behalf of all other similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>HUMANA, INC.,<br><br>　　　　　　　Defendant. | CASE NO. 3:23-CV-654-RGJ<br><br>Hon. Rebecca Grady Jennings |

## AGREED ORDER REGARDING EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Plaintiffs JoAnne Barrows and Susan Hagood, ("Plaintiffs") and Defendant Humana, Inc. ("Defendant"), by and through their undersigned counsel, hereby agree as follows:

1) Under Rule 15(a)(1)(B), the deadline for Plaintiffs to serve and file an amended complaint "as a matter of course" expires on April 10, 2024;

2) Plaintiffs have advised Defendant that they intend to serve and file an amended complaint, but require additional time to do so;

3) The parties agree to extend the time for Plaintiffs to serve and file an amended complaint.

For these reasons, it is AGREED and ORDERED that Plaintiffs shall file an Amended Complaint no later than April 22, 2024.

DATED: _____   March 27, 2024

Rebecca Grady Jennings, District Judge
United States District Court

Dated: March 26, 2024	CLARKSON LAW FIRM, P.C.

By _s/Glenn A. Danas_
    Glenn A. Danas, Esq.
    Ryan Clarkson, Esq.
    Zarrina Ozari, Esq.
    *Pro Hac Vice*
    **CLARKSON LAW FIRM, P.C.**
    22525 Pacific Coast Highway
    Malibu, CA 90265
    Telephone: (213) 788-4050
    gdanas@clarksonlawfirm.com
    rclarkson@clarksonlawfirm.com
    zozari@clarksonlawfirm.com

    John C. Whitfield, Esq.
    Gary M. Klinger, Esq., *Pro Hac Vice*
    Glen Abramson, Esq.
    **MILBERG COLEMAN BRYSON PHILIPS GROSSMAN, PLLC**
    19 North Main Street
    Madisonville, KY 42431
    Telephone: (270) 821-0656
    jwhitfield@milberg.com
    gklinger@milberg.com

    James F. Guilfoyle, Esq.
    **GUILFOYLE LAW OFFICE**
    211 East Market Street
    New Albany, IN 47150
    Telephone: (502) 208-9704
    james@guilfoylelawoffice.com

    *Attorneys for Plaintiffs*

Dated: March 26, 2024                                  KAPLAN JOHNSON ABATE & BIRD LLP

                                                                                  By *s/ Michael P. Abate (with permission)*
                                                                                    Michael P. Abate
                                                                                    Burt Anthony Stinson
                                                                                    **KAPLAN JOHNSON ABATE & BIRD LLP**
710 West Main Street, 4th Floor
Louisville, KY 40202
Telephone: (502) 416-1630
mabate@kaplanjohnsonlaw.com
cstinson@kaplanjohnsonlaw.com

Kevin D. Feder
Jason Yan
Gillian M. Mak
*Pro Hac Vice*
**O'MELVENY & MYERS LLP**
1625 Eye Street NW, 12061
Washington, DC 20006
Telephone: (202) 383-5164
kfeder@omm.com
jyan@omm.com
gmak@omm.com

*Attorneys for Defendants*

3