UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JOANNE BARROWS, SUSAN HAGOOD, SHARON MERKLEY, LORRAINE KOHL, and DOLLY BALANI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUMANA, INC.,<br><br>Defendant. | Case No. 3:23-cv-654-RGJ |

**AGREED ORDER REGARDING EXTENSION OF TIME FOR
DEFENDANT TO FILE RESPONSE TO AMENDED COMPLAINT**

Plaintiffs Joanne Barrows, Susan Hagood, Sharon Merkley, Lorraine Kohl, and Dolly Balani (collectively "Plaintiffs") filed an Amended Complaint on April 22, 2024. Under Rule 15(a)(3), Defendant Humana, Inc.'s time to respond to the Amended Complaint "as a matter of course" would expire on May 6, 2024. Defendant has informed Plaintiffs that Defendant needs additional time to respond to Plaintiffs' Amended Complaint, including time to investigate the allegations related to three new named Plaintiffs. The parties conferred, and Plaintiffs and Defendant have agreed that Defendant's deadline to respond to the Amended Complaint shall be extended to June 6, 2024.

Therefore, it is hereby AGREED and ORDERED that Defendant shall respond to the Amended Complaint by motion or responsive pleading no later than June 6, 2024.

DATED: _____

1

Tendered by:

| | |
|---|---|
| /s/ Michael P. Abate | /s/ John C. Whitfield (with permission) |
| Michael P. Abate | John C. Whitfield |
| Burt A. (Chuck) Stinson | WHITFLIELD CROSBY & FLYNN PLLC |
| KAPLAN JOHNSON ABATE & BIRD LLP | 19 North Main Street |
| 710 West Main Street, 4th Floor | Madisonville, KY 42431 |
| Louisville, KY 40202 | (270) 821-0656 |
| (502) 416-1630 | jwhitfield@wcfjustice.com |
| mabate@kaplanjohnsonlaw.com | |
| cstinson@kaplanjohnsonlaw.com | Glenn A. Danas (*pro hac vice*) |
| | Ryan Clarkson (*pro hac vice*) |
| Kevin D. Feder (*pro hac vice*) | Zarrina Ozari (*pro hac vice*) |
| Jason Yan (*pro hac vice*) | CLARKSON LAW FIRM P.C. |
| Gillian M. Mak (*pro hac vice*) | 22525 Pacific Coast Highway |
| O'MELVENY & MYERS LLP | Malibu, CA 90265 |
| 1625 Eye Street NW, 12061 | (213) 788-4050 |
| Washington, DC 20006 | gdanas@clarksonlawfirm.com |
| (202) 383-5164 | rclarkson@clarksonlawfirm.com |
| kfeder@omm.com | zozari@clarksonlawfirm.com |
| jyan@omm.com | |
| gmak@omm.com | Gary M. Klinger (*pro hac vice*) |
| | MILBERG COLEMAN BRYSON PHILIPS |
| *Counsel for Humana Inc.* | GROSSMAN PLLC |
| | 227 W. Monroe Street, Suite 2100 |
| | Chicago, IL 60606 |
| | (865) 247-0047 |
| | gklinger@milberg.com |
| | |
| | *Counsel for Plaintiffs* |

2