UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ESTATE OF JOANNE BARROWS, SUSAN HAGOOD, SHARON MERKLEY, LORRAINE KOHL, and DOLLY BALANI, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>HUMANA INC.,<br><br>        Defendant. | Civil Action No. 3:23-cv-00654-RGJ-CHL |

## JOINT STATUS REPORT

Plaintiffs the Estate of Joanne Barrows, Susan Hagood, Sharon Merkley, Lorraine Kohl, and Dolly Balani (together, "Plaintiffs") and Defendant Humana Inc. ("Defendant") (collectively, the "Parties") respectfully submit the following joint status report pursuant to the Court's October 10, 2025 Scheduling Order (ECF No. 91).

    **1.**    **Compliance with the Court's Scheduling Order**. The Parties each served initial disclosures pursuant to Rule 26(a)(1) prior to the October 10, 2025 deadline set forth in the Court's Scheduling Order.  The Parties also conferred on and agreed to an ESI protocol, which they filed with the Court on November 6.  (ECF No. 100).

    **2.**    **Discovery Status**.  The Parties have each served first sets of requests for production and interrogatories.  Plaintiffs' responses and objections are presently due to be served on Defendant on December 5, 2025, and Defendant's responses and objections are presently due to be served on Plaintiffs on December 12, 2025.

3.  **Other Case-Related Topics**.  The Parties continue to meet and confer in good faith regarding a stipulated Confidentiality Agreement.

The Parties remain on track to meet the current deadlines set forth in the Court's Scheduling Order.

Respectfully submitted,

*s/ Michael Boelter (w/ permission)*
Glenn A. Danas *(pro hac vice)*
Ryan J. Clarkson *(pro hac vice)*
Zarrina Ozari *(pro hac vice)*
Michael A. Boelter *(pro hac vice)*
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: 213-788-4050
rclarkson@clarksonlawfirm.com
gdanas@clarksonlawfirm.com
zozari@clarksonlawfirm.com
mboelter@clarksonlawfirm.com

David W. Asp *(pro hac vice)*
Derek C. Waller *(pro hac vice)*
Emma Ritter Gordon *(pro hac vice)*
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. South, Ste. 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
dwasp@locklaw.com
dcwaller@locklaw.com
erittergordon@locklaw.com

James Guilfoyle
GUILFOYLE LAW OFFICE
229 West Spring Street
New Albany, IN 47150
Telephone: (812) 208-9704
jfg@inkylegal.com

John C Whitfield, Esq.
WHITFIELD CROSBY & FLYNN PLLC
19 North Main Street

*s/ Michael P. Abate*
Michael P. Abate
Burt Anthony Stinson
KAPLAN JOHNSON ABATE &
BIRD LLP
710 West Main Street, 4th Floor
Louisville, KY 40202
Telephone: 502-416-1630
mabate@kaplanjohnsonlaw.com
cstinson@kaplanjohnsonlaw.com

Kevin D. Feder *(pro hac vice)*
Jason Yan *(pro hac vice)*
Samuel R. Lehman *(pro hac vice)*
Gillian Mak *(pro hac vice)*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone:  202-383-5164
kfeder@omm.com
jyan@omm.com
gmak@omm.com

*Attorneys for Defendant Humana Inc.*

Madisonville, KY 42431
Telephone: (270) 821-0656
JWhitfield@wcfjustice.com

*Attorneys for Plaintiffs*