UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ESTATE OF JOANNE BARROWS, SUSAN HAGOOD, SHARON MERKLEY, LORRAINE KOHL, and DOLLY BALANI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUMANA INC.,<br><br>Defendant. | Civil Action No. 3:23-cv-00654-RGJ-CHL |

**JOINT STATUS REPORT**

Plaintiffs the Estate of Joanne Barrows, Susan Hagood, Sharon Merkley, Lorraine Kohl, and Dolly Balani (together, "Plaintiffs") and Defendant Humana Inc. ("Defendant") (collectively, the "Parties") respectfully submit the following joint status report pursuant to the Court's October 10, 2025 Scheduling Order (ECF No. 91). This joint status report reflects case developments since the last joint status report, filed on November 24, 2025 (ECF No. 103).

**1.   Written Discovery**.

a.   On December 5, 2025, Plaintiffs served responses and objections to Defendant's first requests for production, and Plaintiffs the Estate of Barrows, Merkley, Kohl, and Balani each served responses and objections to Defendant's first interrogatories. The Parties have met and conferred regarding these responses and objections.

b.   Plaintiff Hagood is experiencing medical issues; the Parties have agreed to extensions for her responses and objections to Defendant's interrogatories, which are now due to be served on January 23, 2026.

          c. On December 12, 2025, Defendant served its responses and objections to Plaintiffs' first requests for production and interrogatories.

**2. Confidentiality Stipulation**. On December 30, 2025, the Parties reached agreement on and executed a stipulation governing the protection of confidential information in this case.

**3. Productions**. Defendant made its first production of documents on December 31, 2025, and a second production on January 7, 2026. Defendant plans to continue making further productions on a rolling basis.

The Parties currently remain on track to meet the current deadlines set forth in the Court's Scheduling Order.

Dated: January 8, 2026                                                                         Respectfully submitted,

| | |
|---|---|
| _/s/ Michael A. Boelter (w/ permission)_ | _/s/ Kevin D. Feder_ |
| Glenn A. Danas *(pro hac vice)* | Kevin D. Feder *(pro hac vice)* |
| Ryan J. Clarkson *(pro hac vice)* | Samuel R. Lehman *(pro hac vice)* |
| Zarrina Ozari *(pro hac vice)* | Jason Yan *(pro hac vice)* |
| Michael A. Boelter *(pro hac vice)* | Gillian Mak *(pro hac vice)* |
| CLARKSON LAW FIRM, P.C. | O'MELVENY & MYERS LLP |
| 22525 Pacific Coast Highway | 1625 Eye Street NW |
| Malibu, CA 90265 | Washington, DC 20006 |
| Telephone: 213-788-4050 | Telephone: 202-383-5164 |
| rclarkson@clarksonlawfirm.com | kfeder@omm.com |
| gdanas@clarksonlawfirm.com | jyan@omm.com |
| zozari@clarksonlawfirm.com | gmak@omm.com |
| mboelter@clarksonlawfirm.com | |
| | Michael P. Abate |
| David W. Asp *(pro hac vice)* | Burt Anthony Stinson |
| Derek C. Waller *(pro hac vice)* | KAPLAN JOHNSON ABATE & |
| Emma Ritter Gordon *(pro hac vice)* | BIRD LLP |
| LOCKRIDGE GRINDAL NAUEN PLLP | 710 West Main Street, 4th Floor |
| 100 Washington Ave. South, Ste. 2200 | Louisville, KY 40202 |
| Minneapolis, MN 55401 | Telephone: 502-416-1630 |
| Tel: (612) 339-6900 | mabate@kaplanjohnsonlaw.com |
| dwasp@locklaw.com | cstinson@kaplanjohnsonlaw.com |
| dcwaller@locklaw.com | |
| erittergordon@locklaw.com | *Attorneys for Defendant Humana Inc.* |

James Guilfoyle
GUILFOYLE LAW OFFICE
229 West Spring Street
New Albany, IN 47150
Telephone: (812) 208-9704
jfg@inkylegal.com

John C Whitfield, Esq.
WHITFIELD CROSBY & FLYNN PLLC
19 North Main Street
Madisonville, KY 42431
Telephone: (270) 821-0656
JWhitfield@wcfjustice.com

*Attorneys for Plaintiffs*