UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ESTATE OF JOANNE BARROWS, SUSAN HAGOOD, SHARON MERKLEY, LORRAINE KOHL, and DOLLY BALANI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUMANA INC.,<br><br>Defendant. | No. 3:23-cv-00654-RGJ-CHL |

**JOINT STATUS REPORT**

Plaintiffs the Estate of Joanne Barrows, Susan Hagood, Sharon Merkley, Lorraine Kohl, and Dolly Balani (together, "Plaintiffs") and Defendant Humana Inc. ("Defendant") (collectively, the "Parties") respectfully submit the following joint status report pursuant to the Court's October 10, 2025 Scheduling Order (ECF No. 91). This joint status report reflects case developments since the last joint status report, filed on January 8, 2026 (ECF No. 105).

**1. Written Discovery**

    a. Pursuant to the Parties' agreement to an extension on the basis of medical issues she is experiencing, on January 23, 2026, Plaintiff Hagood served her responses and objections to Defendant's interrogatories.

    b. The Parties continue to have productive correspondence regarding several issues raised in Plaintiffs' responses to Defendant's requests for production and interrogatories and during a subsequent December 11, 2025 meet and confer videoconference. Most recently, in a February 4, 2026 letter, Plaintiffs' counsel

      agreed to contact the family members and/or representatives identified in Plaintiffs' disclosures and discovery responses in an effort to collect responsive documents. Plaintiffs' counsel said they will advise Defendant's counsel if any family member or representative is unwilling to work with Plaintiffs' counsel to search and gather responsive documents, so that Defendant has time to issue non-party subpoenas, if necessary, without impacting the schedule set forth in the Court's scheduling order.

**2. Productions**

    a. Defendant made its third production of documents on January 23, 2026, fourth production on February 6, 2026, and fifth production on February 20, 2026. Defendant plans to continue making further productions on a rolling basis.

    b. Plaintiffs expect their first production of documents will be made within the upcoming week, or shortly thereafter.

The Parties currently remain on track to meet the deadlines set forth in the Court's Scheduling Order.

Dated: February 23, 2026                                             Respectfully submitted,

*/s/ Michael A. Boelter (w/ permission)*  
Glenn A. Danas *(pro hac vice)*  
Ryan J. Clarkson *(pro hac vice)*  
Zarrina Ozari *(pro hac vice)*  
Michael A. Boelter *(pro hac vice)*  
CLARKSON LAW FIRM, P.C.  
22525 Pacific Coast Highway  
Malibu, CA 90265  
Telephone: 213-788-4050  
rclarkson@clarksonlawfirm.com  
gdanas@clarksonlawfirm.com  
zozari@clarksonlawfirm.com  
mboelter@clarksonlawfirm.com  

*/s/ Kevin D. Feder*  
Kevin D. Feder *(pro hac vice)*  
Samuel R. Lehman *(pro hac vice)*  
Jason Yan *(pro hac vice)*  
Gillian Mak *(pro hac vice)*  
O'MELVENY & MYERS LLP  
1625 Eye Street NW  
Washington, DC 20006  
Telephone: 202-383-5164  
kfeder@omm.com  
jyan@omm.com  
gmak@omm.com

David W. Asp *(pro hac vice)*
Simeon A. Morbey *(pro hac vice)*
Derek C. Waller *(pro hac vice)*
Emma Ritter Gordon *(pro hac vice)*
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. South, Ste. 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
dwasp@locklaw.com
samorbey@locklaw.com
dcwaller@locklaw.com
erittergordon@locklaw.com

James Guilfoyle
GUILFOYLE LAW OFFICE
229 West Spring Street
New Albany, IN 47150
Telephone: (812) 208-9704
jfg@inkylegal.com

John C Whitfield, Esq.
WHITFIELD CROSBY & FLYNN PLLC
19 North Main Street
Madisonville, KY 42431
Telephone: (270) 821-0656
JWhitfield@wcfjustice.com

*Attorneys for Plaintiffs*

Michael P. Abate
Burt Anthony Stinson
KAPLAN JOHNSON ABATE & BIRD LLP
710 West Main Street, 4th Floor
Louisville, KY 40202
Telephone: 502-416-1630
mabate@kaplanjohnsonlaw.com
cstinson@kaplanjohnsonlaw.com

*Attorneys for Defendant Humana Inc.*