# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:23-CV-00654-RGJ-CHL

**JOANNE BARROWS, et al.,**                                               **Plaintiffs,**

**v.**

**HUMANA, INC.,**                                                   **Defendant.**

## ORDER

The undersigned held a telephonic status conference in this matter on February 26, 2026. Participating were the following:

    FOR PLAINTIFFS:       Michael August Boelter; John C Whitfield

    FOR DEFENDANT:      Kevin Feder; Samuel Lehman

The Court and the Parties discussed the status of this action. The Parties indicated, consistent with the representations in their Joint Status Reports (DNs 103, 105, 118), that they were on track to complete discovery on the current schedule. They represented that they had been working well with each other and had no disputes or other concerns to bring to the Court's attention at this time. The Court emphasized the need for Parties to continue working well together and make progress against the current deadlines. The Court will set an additional status conference as set forth below.

Accordingly,

IT IS HEREBY ORDERED that this matter is set for a telephonic status conference before the undersigned on **May 20, 2026, at 1:30 PM ET**.[1] Counsel for the Parties shall connect to the

---

[1] Counsel is advised that the Court is setting this conference telephonically as a convenience to and cost-saving measure for the Parties. But the telephonic conference is still a court proceeding for which the Court expects counsel to appear on time. Counsel is cautioned that non-appearance may result in the proceeding being rescheduled for an

conference by dialing 1-650-479-3207 and entering access code 2319 759 1660. Attendees should press # to skip entry of an attendee or host code.

*Colin H Lindsay, Magistrate Judge*
*United States District Court*

cc: Counsel of record

0|10    February 27, 2026

---

in-person conference that client representatives must attend and/or the issuance of sanctions pursuant to Fed. R. Civ. P. 16(f).

2