UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

|  |  |
|---|---|
| ESTATE OF JOANNE BARROWS, SUSAN HAGOOD, SHARON MERKLEY, LORRAINE KOHL, and DOLLY BALANI, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>HUMANA INC.,<br><br>    Defendant. | No. 3:23-cv-00654-RGJ-CHL |

## JOINT STATUS REPORT

Plaintiffs the Estate of Joanne Barrows, Susan Hagood, Sharon Merkley, Lorraine Kohl, and Dolly Balani (together, "Plaintiffs") and Defendant Humana Inc. ("Defendant") (collectively, the "Parties") respectfully submit the following joint status report pursuant to the Court's October 10, 2025 Scheduling Order (ECF No. 91). This joint status report reflects case developments since the last joint status report, filed on February 23, 2026 (ECF No. 118).

1. **Written Discovery**

  a. On March 24, 2026, Plaintiffs served their Second Set of Requests for Production on Defendant. The parties have scheduled a videoconference for April 9, 2026, to meet-and-confer regarding these requests.

  b. On April 3, 2026, Plaintiffs provided Notice of Subpoena duces tecum to be served on naviHealth, Inc., a nonparty to the above-captioned action.

  c. Also on April 3, 2026, Defendant served subpoenas duces tecum on seven nonparties who are family members and/or personal representatives of Plaintiffs

and who were identified in Plaintiffs' Rule 26 disclosures and in discovery responses.  Meet-and-confer correspondence regarding Defendant's request for documents in these individuals' possession, control, or custody began in January 2026.

2.     **Productions**

a.     Defendant made its sixth production of documents on March 6, 2026, its seventh production on March 20, 2026, and its eighth production on March 31, 2026. Defendant plans to continue making further productions on a rolling basis.

b.     Plaintiffs made their first production of documents on February 27, 2026.  They intend to make at least one further production that will include Plaintiffs' responsive ESI and certain documents in Plaintiffs' family members' and personal representatives' possession, custody, or control.

The Parties currently remain on track to meet the deadlines set forth in the Court's Scheduling Order.

Dated: April 9, 2026                                              Respectfully submitted,

*/s/ Michael A. Boelter (w/ permission)*          */s/ Samuel R. Lehman*
Glenn A. Danas *(pro hac vice)*                      Kevin D. Feder *(pro hac vice)*
Ryan J. Clarkson *(pro hac vice)*                    Samuel R. Lehman *(pro hac vice)*
Zarrina Ozari *(pro hac vice)*                         Jason Yan *(pro hac vice)*
Michael A. Boelter *(pro hac vice)*                 Gillian Mak *(pro hac vice)*
CLARKSON LAW FIRM, P.C.                        O'MELVENY & MYERS LLP
22525 Pacific Coast Highway                       1625 Eye Street NW
Malibu, CA 90265                                         Washington, DC 20006
Telephone: 213-788-4050                             Telephone:  202-383-5164
rclarkson@clarksonlawfirm.com                   kfeder@omm.com
gdanas@clarksonlawfirm.com                      slehman@omm.com
zozari@clarksonlawfirm.com                        jyan@omm.com
mboelter@clarksonlawfirm.com                   gmak@omm.com

David W. Asp *(pro hac vice)*
Simeon A. Morbey *(pro hac vice)*
Derek C. Waller *(pro hac vice)*
Emma Ritter Gordon *(pro hac vice)*
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. South, Ste. 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
dwasp@locklaw.com
samorbey@locklaw.com
dcwaller@locklaw.com
erittergordon@locklaw.com

James Guilfoyle
GUILFOYLE LAW OFFICE
229 West Spring Street
New Albany, IN 47150
Telephone: (812) 208-9704
jfg@inkylegal.com

John C Whitfield, Esq.
WHITFIELD CROSBY & FLYNN PLLC
19 North Main Street
Madisonville, KY 42431
Telephone: (270) 821-0656
JWhitfield@wcfjustice.com

*Attorneys for Plaintiffs*

Michael P. Abate
Burt Anthony Stinson
KAPLAN JOHNSON ABATE &
BIRD LLP
710 West Main Street, 4th Floor
Louisville, KY 40202
Telephone: 502-416-1630
mabate@kaplanjohnsonlaw.com
cstinson@kaplanjohnsonlaw.com

*Attorneys for Defendant Humana Inc.*