**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| ESTATE OF JOANNE BARROWS, SUSAN HAGOOD, SHARON MERKLEY, LORRAINE KOHL, and DOLLY BALANI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUMANA INC.,<br><br>Defendant. | Case No. 3:23-cv-00654-RGJ-CHL |

**ORDER**

Before the Court is the Joint Motion to Amend the Scheduling Order filed by Plaintiffs the Estate of Joanne Barrows, Susan Hagood, Sharon Merkley, Lorraine Kohl, and Dolly Balani (together, "Plaintiffs") and Defendant Humana Inc. ("Defendant") (DN 127).

Under the current discovery schedule set forth in the Court's Scheduling Order (ECF No. 91), Plaintiffs must file their motion for class certification and serve expert report(s) related to class certification no later than June 25, 2026. At the status conference that took place on May 20, 2026, Plaintiffs advised the Court that they required additional time and stated their intention to file a motion to extend the deadlines set forth in the Scheduling Order. The Parties jointly advised the Court that they would meet and confer to attempt to reach agreement on an extension request, and the Court ordered that a motion requesting the extension and explaining the reasons why the extension was required be filed no later than June 8, 2026. (DN 126.)

The Parties have now filed their motion seeking a sixteen-week extension of upcoming deadlines set forth in the Scheduling Order. The Parties have stated that, as part of the meet and confer discussions that resulted in Defendant assenting to the requested extension, the Parties have reached agreement on document productions related to Plaintiffs' Second Set of Requests for Production and other issues that will avoid the need for future extensions to Plaintiffs' deadline for filing their class certification motion and associated expert reports. Plaintiffs have also consented to Defendant amending its Answer to include an additional affirmative defense.

Therefore, having reviewed the motion and otherwise being duly advised,

IT IS HEREBY ORDERED that the Joint Motion to Amend the Scheduling Order (DN 127) is **GRANTED**. The Parties shall observe the following deadlines in the above-captioned action:

(1) Plaintiffs shall identify their expert(s) and serve expert report(s) related to class certification in accordance with Rule 26(a)(2) on or before **October 15, 2026**. At the time Plaintiffs serve their expert reports, at least two proposed dates for the deposition of each expert witness within the following thirty days shall be provided.

(2) Plaintiffs shall file their class certification motion on or before **October 15, 2026**.

(3) On or before **December 10, 2026**, the Parties shall take any depositions of Plaintiffs' expert(s).

(4) On or before **December 10, 2026**, the Parties shall complete all discovery on all issues related to named Plaintiffs and class certification.

(5) On or before **January 13, 2027**, Defendant shall identify its expert(s) and serve its expert report(s) related to class certification. At the time Defendant serves its

expert reports, at least two proposed dates for the deposition of each expert witness within the following thirty days shall be provided.

(6) On or before **January 13, 2027**, Defendant shall file its response to Plaintiffs' class certification motion.

(7) On or before **March 12, 2027**, the Parties shall take any depositions of Defendant's expert(s).

(8) On or before **April 13, 2027**, Plaintiffs shall file their reply, if any, in support of their class certification motion.

(9) Within **thirty days** of the Court's ruling on Plaintiffs' class certification motion, the Parties shall file a joint proposed amended scheduling order for the remainder of the case that includes their estimation of the length of any trial in this matter.

(10) No extensions of the deadlines in this order, or any deadline set by the Federal Rules of Civil Procedure, shall be granted unless an appropriate motion is filed prior to expiration of the deadline in question, and upon a showing of good cause beyond the control of counsel in the exercise of due diligence. In the event all Parties agree to extend a deadline set in this order, or a deadline contained in the Federal Rules of Civil Procedure, the Parties must file a joint motion attaching the agreed order. This provision shall prevail over Joint Civil Local Rule 7.1 regarding motions to the extent inconsistent therewith.

Colin H Lindsay, Magistrate Judge
United States District Court

COLIN H. LINDSAY
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record
July 16, 2026